SMITH v. CHAMPLIN. (Supreme Court, Appellate Division, Third Department. Sep-

tember 14, 1896.) Action by David F. Smith against Alvin B. Champlin. No opinion. Motion denied, with costs.